United State District Court
for the District
of
New Mexico

Jimmy Whitlock,
Ismael Acy,
Charles Kirven,
Corey Dixon,
Chancy Jonhson,
Ceci Cooper,

23cv1026-MIS-LF

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
NOV 20 2023
MITCHELL R. ELFERS
CLERK

vs

Curry County Detention Center
Warden Alaniz,
Mrs Melissa Lujan,
Mrs. Sara Stanfield,
Summit Kitchen Staff, et al.

I

This 1983 civil suit come to this honorable court. This court has jurisdiction to review this complete.

## II

All defendants are acting under color of State. All defendants have violated State law and consitutional rights.

## Complaint

On 7-19-23, I Jimmy Whitlock, asked to be placed on a religious diet. Halal diet is a Muslim diet a Holy meal, that is being deny by this facility. This facility has denied my prayer oil, the ability to conduct ablution prior to commencing daily prayer in my cell which is in violation of my religious services. My religious faith requires that I observe the Islamic festival of Eid-al-Fitr by eating meat of budn (cows, oxen, or camel). In August 03 Warden Alaniz, Mrs. Lujan, and Mrs Stanfield stated that all meals will be corrected, but nothing has changed. Our religious faith has been striped from us. Our free execrise clause under art. 46 and the First Amendent have been clearly striped from us. They have altered deter our service to our God. To Futher this claim the correctional departments regulation that a prison or detention center must make an effect to address these issues immediatey. We are to have a knowledgeable adherent of the muslim faith which is Chancy Jonhson. All muslim are to be house together. We ha exhousted all remedies and still are denied to have religious services or our Holy meal. We have been denied Jamuah and Tilim which is a service required by our religious services.

This facility has been discriminating against our religion due to our practices and color.

## Relief Sought

That this facility be reviewed by a federal enity that will address reiligous services. Also that Summit Kitchen Staff take serious attention to our meals and prayers. Also that this facility award each plaintiff $100,000.

By: Jimmy Whitlock
By: Ismadacy
By: Charles R. V____
By: Cril Coy____
By: Corey Dixon
By: Chauncey Jahn____

## Delcaration

I here by tell the truth under oath on the _____ day of November _____ 2023. This delcaration is true.

By: Jimmy Whitlock
By: Ismael Lacy
By: Chunter R. K___
By: Cecil Coop__
By: Cory Dito
By: Chauncey Johnson

